# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HTP, INC.,<br><br>    Plaintiff,<br> v.<br><br>FIRST MERIT GROUP HOLDINGS, INC., *et al.*,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-0732-JCC |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS SO ORDERED

Defendants' motion to dismiss is GRANTED. This case is DISMISSED with prejudice.

 DATED this 22nd day of December 2021.

              RAVI SUBRAMANIAN
              Clerk of Court

              /s/ *Sandra Rawski*
              Deputy Clerk