HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HTP, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>FIRST MERIT GROUP HOLDING, INC., et al.,<br><br>            Defendants. | Case No. 2:21-cv-00732-BJR<br><br>**STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES FOR (1) JOINING ADDITIONAL PARTIES; AND (2) FILING AMENDED PLEADINGS, AND PROPOSED ORDER** |

## I.    STIPULATION

Counsel for all parties conferred on May 3, 2023, regarding the Court's Order Setting Trial Date and Related Dates (ECF No. 100) and other aspects of the case. Following this conference, counsel agreed to the following stipulation.

Plaintiff HTP, Inc. and defendants First Merit Holdings Inc., Nanogen Technologies Group, Inc., Barry Lee, Anthony Dutton, and David Richardson ("Defendants") stipulate to the following modifications of the Court's Order Setting Trial Date and Related Dates as follows:

1.    The Deadline for Joining Additional Parties is extended from May 15, 2023, until July 24, 2023.

2.    The Deadline for Filing Amended Pleadings is extended from May 25, 2023, until August 3, 2023.

STIPULATION AND ORDER - 1
Case No. 2:21-cv-00732-BJR

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Plaintiff and Defendants stipulate that good cause exists for such a mutual extension due to (1) a pending motion to disqualify Plaintiff's counsel, (2) new counsel appearing on behalf of Plaintiff, and (3) the potential confidentiality issues that must be addressed prior to document discovery and other discovery.  The parties do not believe that other deadlines must be amended as a result of this stipulation.

## II.    ORDER

Pursuant to stipulation, it is so ordered.

DATED this 19th day of May, 2023.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Respectfully submitted by,

K&L GATES LLP

By *s/ Peter A. Talevich*
    Philip M. Guess, WSBA # 26765
    Peter A. Talevich, WSBA # 42644
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email : philip.guess@klgates.com
      peter.talevich@klgates.com

WESTERN WASHINGTON LAW GROUP, PLLC

  Dennis J. McGlothin, WSBA # 28177
121 Lake Street South, Suite 201
Kirkland, WA  98033
Phone:  (425) 728-7296
Email: dennis@westwalaw.com
     docs@westwalaw.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER - 2
Case No. 2:21-cv-00732-BJR

| | |
|---|---|
| 1 | LASHER HOLZAPFEL SPERRY & EBERSON PLLC |
| 2 | By *s/ Sean V. Small* |
| 3 | Sean V. Small, WSBA # 37018<br>601 Union Street, Suite 2600 |
| 4 | Seattle, WA  98101<br>Phone:  (206) 624-1230 |
| 5 | Email: small@lasher.com |
| 6 | *Attorneys for Defendants* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND ORDER - 3
Case No. 2:21-cv-00732-BJR