1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| HTP, INC., a Washington Corporation | No. 2:21-cv-00732-BJR |
| **Plaintiff,** | AGREED ORDER GRANTING DENNIS McGLOTHIN'S ORE TENUS MOTION |
| v. | |
| FIRST MERIT GROUP HOLDINGS INC., a Canadian provincial corporation; NANOGEN TECHNOLOGIES GROUP, INC., a Canadian provincial corporation, BARRY LEE; ANTHONY DUTTON, and DAVID RICHARDSON | |
| **Defendants.** | |

## I.      INTRODUCTION

On May 26, 2023, counsel for Plaintiff HTP, Inc., Dennis McGlothin, made an Ore

Tenus Motion to Withdraw as counsel for Plaintiff HTP, Inc. Present were counsel for

Defendants, co-counsel for Plaintiff, and the Executive Chairman of Plaintiff HTP, Inc. who

was the designated representative of Plaintiff HTP, Inc.  This Court asked if anyone present at

ORDER GRANTING DENNIS McGLOTHIN'S UNOPPOSED ORE
TENUS MOTON TO WITHDTAW AS COUNSEL FOR PLAINTIFF
HTP, INC.  – 1
(2:21-cv-00732-BJR)

WESTERN WASHINGTON LAW
GROUP, PLLC
121 LAKE ST. S., SUITE 201
KIRKLAND, WA 98033
425.728.7296 Fax: 425.955.5300

the hearing objected to Mr. McGlothin's ore tenus Motion to Withdraw and there was no

objection either as to procedure or substance.  Based on the foregoing, this Court grants Mr.

McGlothin's ore tenus Motion to Withdraw that he made on both his and the Western

Washington Law Group, PLLC's behalf.

Dennis McGlothin and the Western Washington Law Group are, therefore, granted

leave to withdraw as Plaintiff HTP, Inc.'s counsel.  The Clerk will remove Mr. McGlothin,

Mr. Cadranell, and the Western Washington Law Group, PLLC as attorney of record for

Plaintiff HTP, Inc forthwith and this Court, the parties, and the remaining attorneys of record

will immediately observe the withdrawals allowed in this Order.

Plaintiff's Co-Counsel Philip Guess, Peter A. Talevich, and K&L Gates LLP are

unaffected by this Order and remain counsel of record for Plaintiff HTP, Inc.

The withdrawal allowed by this Order rendered further proceedings on Defendants'

Motion to Disqualify Counsel moot, and their Motion is STRICKEN.

 IT IS SO ORDERED.

Dated:  May 30, 2023.


_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING DENNIS McGLOTHIN'S UNOPPOSED ORE
TENUS MOTON TO WITHDTAW AS COUNSEL FOR PLAINTIFF
HTP, INC.  – 2
(2:21-cv-00732-BJR)

WESTERN WASHINGTON LAW
GROUP, PLLC
121 LAKE ST. S., SUITE 201
KIRKLAND, WA 98033
425.728.7296 Fax: 425.955.5300

1

2   *Presented by:*

3   WESTERN WASHINGTON LAW GROUP. PLLC

4   */s/ Robert J. Cadranell*
    Dennis J. McGlothin, WSBA No. 28177
5   Robert J. Cadranell, WSBA No. 41773
    P.O. Box 468
6   Snohomish, WA 98291
    Tel:    425-728-7296
7   Fax:    425-955-5300
    Email: robert@westwalaw.com
8   docs@westwalaw.com
    *Counsel for Plaintiffs*

9
    Form Agreed to, Notice of Presentment
10  Waived

11  LASHER HOZAPFEL
    SPERRY & EBERSON, PLLC
12

13    */s/Sean V. Small*
    Sean V. Small, WSBA No. 37018
14  2600 Two Union Square
    601 Union Street
15  Seattle, WA  98101-4000
    (t) \(f)
16  Tel:    206 624-1230
    Fax:    206-340-2563
17  *Counsel for Defendants*

18  K & L GATES LLP

19
      */s/ Peter A. Talevich*
20  Philip M. Gates, WSBA No. 26765
    Peter A. Talevich, WSBA No. 42644
21  925 Fourth Ave., Suite 2900
    Seattle, WA 98104-1158
22  Tel:    206 623-7580
    Fax:    206-623-7022
23  *Co-Counsel for Plaintiff*

24

25  ORDER GRANTING DENNIS McGLOTHIN'S UNOPPOSED ORE
    TENUS MOTON TO WITHDTAW AS COUNSEL FOR PLAINTIFF
26  HTP, INC.  – 3
    (2:21-cv-00732-BJR)
27