HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HTP, INC., a Washington corporation,

    Plaintiff,

v.

FIRST MERIT GROUP HOLDING, INC., et al.,

    Defendants.

Case No. 2:21-cv-00732-BJR

**STIPULATION AND ORDER TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES FOR (1) JOINING ADDITIONAL PARTIES; AND (2) FILING AMENDED PLEADINGS**

**I.    STIPULATION**

Whereas, Plaintiff HTP, Inc. and defendants First Merit Holdings Inc., Nanogen Technologies Group, Inc., Barry Lee, Anthony Dutton, and David Richardson ("Defendants") (collectively the "Parties") have each propounded discovery after stipulating to a model protective order and a model ESI agreement in order to facilitate collection and production of documents, and

Whereas, the Parties have exchanged ESI disclosures and conferred on producing responsive documents, and

Whereas, the Parties have worked in good faith to respond to discovery while working through complicated issues involving privilege, confidentiality, and document collection volume and anticipate making potentially significant rolling productions on one another in the future,

STIPULATION AND ORDER - 1
CASE NO. 2:21-cv-00732-BJR
506846713.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

which has led the Parties to agree that some limited extensions of the current case schedule are warranted in order to facilitate the orderly production of such documents and other aspects related to the first phases of discovery in this case.

Now, therefore, the Parties stipulate to the following modifications of the Court's Order Setting Trial Date and Related Dates as follows:

1. The Deadline for Joining Additional Parties is extended from July 24, 2023, until September 25, 2023.

2. The Deadline for Filing Amended Pleadings is extended from August 3, 2023, until October 6, 2023.

Plaintiff and Defendants stipulate that good cause exists for such a mutual extension. The parties have worked cooperatively to respond to discovery that may be pertinent to modification of the parties or claims in the case. The parties do not believe that other deadlines must be amended as a result of this stipulation.

## II.    ORDER

Pursuant to stipulation, it is so ordered.

DATED this 17th day of July, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

Respectfully submitted by,

K&L GATES LLP

By *s/ Peter A. Talevich*
   Philip M. Guess, WSBA # 26765
   Peter A. Talevich, WSBA # 42644

STIPULATION AND ORDER - 2
CASE NO. 2:21-cv-00732-BJR
506846713.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | 925 Fourth Ave., Suite 2900 |
| 2 | Seattle, WA  98104-1158<br>Phone:  (206) 623-7580<br>Fax:  (206) 623-7022 |
| 3 | Email : *philip.guess@klgates.com*<br>          *peter.talevich@klgates.com* |
| 4 | LASHER HOLZAPFEL SPERRY & EBERSON PLLC |
| 5 | By *s/ Julie M. Pendleton* |
| 6 | Sean V. Small, WSBA # 37018<br>Julie M. Pendleton, WSBA #52882 |
| 7 | 601 Union Street, Suite 2600<br>Seattle, WA  98101 |
| 8 | Phone:  (206) 624-1230<br>Email: small@lasher.com |
| 9 | Email: pendleton@lasher.com |
| 10 | *Attorneys for Defendants* |

STIPULATION AND ORDER - 3
CASE NO. 2:21-cv-00732-BJR
506846713.2