HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HTP, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>FIRST MERIT GROUP HOLDING, INC., et al.,<br><br>                    Defendants. | Case No. 2:21-cv-00732-BJR<br><br>**STIPULATION OF CONSENT TO FILE FIRST AMENDED COMPLAINT, AND ORDER** |

## I.      STIPULATION

Whereas, plaintiff HTP, Inc. ("HTP") has provided a proposed First Amended Complaint to defendants First Merit Holdings Inc., Nanogen Technologies Group, Inc., Barry Lee, Anthony Dutton, and David Richardson ("Defendants" and with HTP, the "Parties"), and

HTP's proposed First Amended Complaint adds Evan Johnson as a defendant, removes claims for breach of fiduciary duty against defendant Nanogen Technologies Group, Inc. pursuant to the Court's order at ECF No. 81, and adds additional factual allegations, and

Under Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave," and the Court "shall freely give leave when justice so requires," and

STIPULATION - 1
CASE NO. 2:21-cv-00732-BJR
507047227.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Defendants, without conceding the validity of any claim asserted by plaintiff HTP, Inc., consent to HTP filing a First Amended Complaint, and

Pursuant to LCR 15, HTP is filing with this stipulation exhibits indicating a redlined version of the First Amended Complaint in comparison to the original Complaint (ECF No. 1).

Now, therefore, the Parties stipulate:

1. Defendants consent to filing of the First Amended Complaint and do not oppose HTP being granted leave to file the First Amended Complaint.

2. The attached stipulation is accompanied by the following exhibits: Exhibit A, a redlined First Amended Complaint, and Exhibit B, a clean First Amended Complaint.  **Exhibit B will be deemed to be accepted and constitute the operative complaint in this case upon the Court's entry of this Stipulation.**

## II.   ORDER

Pursuant to stipulation, it is so ordered.

Dated this 26th day of September, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented on this 25th day of September, 2023, by:

K&L GATES LLP

By /s/ Peter A. Talevich
  Philip M. Guess, WSBA # 26765
  Peter A. Talevich, WSBA # 42644
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158

STIPULATION - 2
CASE NO. 2:21-cv-00732-BJR

507047227.2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Phone:  (206) 623-7580
   Fax:  (206) 623-7022
2  Email : *philip.guess@klgates.com*
           *peter.talevich@klgates.com*
3  LASHER HOLZAPFEL SPERRY & EBERSON PLLC

4  By */s/ Julie M. Pendleton*
      Sean V. Small, WSBA # 37018
5     Julie M. Pendleton, WSBA #52882
   601 Union Street, Suite 2600
6  Seattle, WA  98101
7  Phone:  (206) 624-1230
   Email: small@lasher.com
8  Email: pendleton@lasher.com

9  *Attorneys for Defendants*

STIPULATION - 3
CASE NO. 2:21-cv-00732-BJR
507047227.2