HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HTP, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MERIT GROUP HOLDING, INC., et al.,<br><br>Defendants. | Case No. 2:21-cv-00732-BJR<br><br>**STIPULATION ACCEPTING SERVICE OF PROCESS FOR EVAN JOHNSON AND SETTING RESPONSE TO AMENDED COMPLAINT FOR ALL DEFENDANTS AND ORDER** |

## I.   STIPULATION

Whereas, plaintiff HTP, Inc. ("HTP") and defendants First Merit Holdings Inc., Nanogen Technologies Group, Inc., Barry Lee, Anthony Dutton, and David Richardson ("Original Defendants") stipulated to HTP filing a First Amended Complaint (ECF No. 119), the Court entered the stipulation as an order (ECF No. 120), and HTP filed the First Amended Complaint (ECF No. 122), and

Whereas, counsel for the Original Defendants has agreed to accept service of process for Evan Johnson (with the Original Defendants, "Defendants"), and

Whereas, the Defendants and HTP agree that the Defendants may have until November 13, 2023, to answer or otherwise respond to the First Amended Complaint.

STIPULATION AND ORDER - 1
CASE NO. 2:21-cv-00732-BJR
507117775.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Now, therefore, the Parties stipulate:

1. The undersigned counsel for Defendants accepts service of process for Evan Johnson, and

2. Defendants may have until November 13, 2023, to answer or otherwise respond to the First Amended Complaint.

## II. ORDER

Pursuant to stipulation, it is so ordered.

DATED this 12th day of October, 2023.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented on this 11th day of October, 2023, by:

K&L GATES LLP

By *s/ Peter A. Talevich*
    Philip M. Guess, WSBA # 26765
    Peter A. Talevich, WSBA # 42644
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email : philip.guess@klgates.com
      peter.talevich@klgates.com

LASHER HOLZAPFEL SPERRY & EBERSON PLLC

By *s/ Julie M. Pendleton*
    Sean V. Small, WSBA # 37018
    Julie M. Pendleton, WSBA #52882
601 Union Street, Suite 2600

STIPULATION AND ORDER - 2
CASE NO. 2:21-cv-00732-BJR

507117775.1

1  Seattle, WA  98101
   Phone:  (206) 624-1230
2  Email:  small@lasher.com
   Email:  pendleton@lasher.com
3
4  *Attorneys for Defendants*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER - 3
CASE NO. 2:21-cv-00732-BJR
507117775.1