Sean V. Small
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA  98101-4000
(206) 624-1230

Hon. Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HTP, Inc., a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST MERIT GROUP HOLDINGS, INC., et al.<br><br>　　　　　　　Defendants. | NO.   2:21-cv-00732-BJR<br><br>**STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER** |

## I.　　STIPULATION

Counsel for all parties conferred on April 19, 2024, regarding the Court's Order Setting Trial Date and Related Dates (ECF No. 100) and other aspects of the case.  This discussion related to efforts to resolve the parties' dispute outside of litigation, outstanding discovery (including outstanding third party discovery), and whether the parties believed the amount of time needed for trial could be shortened.  Following this conference, counsel agreed to the following stipulation.

Plaintiff HTP, Inc. and defendants First Merit Group Holdings Inc., Nanogen Technologies Group, Inc., Barry Lee, Anthony Dutton, David Richardson, and Evan Johnson ("Defendants")

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 1

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 Two Union Square
601 Union Street
Seattle  WA 98101-4000
Telephone 206 624-1230
Fax 206 340-2563

stipulate to the following modifications of the Court's Order Setting Trial Date and Related Dates as follows:

1. The Deadline for Report from Expert Witness under FRCP 26(a)(2) is extended from March 25, 2024, until August 5, 2024.

2. The Deadline for Discovery Completed is extended from April 24, 2024, until September 4, 2024.

3. The Deadline for All Dispositive Motions must be Filed By is extended from May 24, 2024, until October 4, 2024.

4. The Deadline for All Motions In Limine must be Filed By is extended from September 16, 2024, until January 27, 2025.

5. The Deadline for Joint Pretrial Statement is extended from September 23, 2024, until February 3, 2025.

6. The Deadline for Pretrial Conference is extended from October 7, 2024, until February 17, 2025.

7. The Trial Date is continued from October 21, 2024, until March 3, 2025. The parties request that trial be scheduled for 10 court days, as opposed to the 15 court days currently provided in the Order Setting Trial Date and Related Dates.

Plaintiff and Defendants stipulate that good cause exists for such a mutual extension due to (1) supplementing discovery, (2) scheduling and participating in mediation, (3) summary judgment, and (4) trial preparation. The parties do not believe that other deadlines must be amended as a result of this stipulation.

//

//

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 2



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## II. ORDER

Pursuant to stipulation, it is so ordered.

DATED this 29th day of April, 2024.

_[signature: Barbara J. Rothstein]_
Barbara Jacobs Rothstein
U.S. District Court Judge

Respectfully submitted by,
K&L GATES LLP

_s/ Peter A. Talevich_
Philip M. Guess, WSBA # 26765
Peter A. Talevich, WSBA # 42644
Emaan Jaberi, WSBA # 56990
925 Fourth Ave., Suite 2900
Seattle, WA  98104-1158
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email : philip.guess@klgates.com
            peter.talevich@klgates.com
*Attorneys for Plaintiffs*

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC
_/s/ Sean V. Small_
_/s/ Julie M. Pendleton_
Sean V. Small, WSBA #37018
Julie M. Pendleton, WSBA #52882
601 Union St., Suite 2600
Seattle, WA  98101
Phone:  (206) 624-1230
Fax:  (206) 340-2563
Email:  small@lasher.com
            pendleton@lasher.com
*Attorneys for Defendants*

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 3

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563