Sean V. Small
Lasher Holzapfel Sperry &
Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA 98101-4000
(206) 624-1230

Hon. Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HTP, Inc., a Washington corporation,

         Plaintiff,

vs.

FIRST MERIT GROUP HOLDINGS, INC., et al.

         Defendants.

NO.  2:21-cv-00732-BJR

**ORDER *GRANTING IN PART* STIPULATION TO EXTEND (1) DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES AND (2) DEADLINES RELATED TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

### I.    STIPULATION

Counsel for all parties conferred on August 27, 2024 regarding the Court's Order Setting Trial Date and Related Dates (ECF No. 100), the Court's order Extending Deadlines in Order Setting Trial Date and Related Dates (ECF No. 130), and other aspects of the case. The parties are attempting to resolve this dispute, have been engaged in sustained efforts to frame a potential resolution, and have made significant progress in this effort. However, the resolution the parties are pursuing contemplates a complicated business transaction that requires review and approval from third parties. While the

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 1

508086696.1

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

parties are cautiously optimistic this transaction and subsequent settlement will come to fruition, it will simply take time. To allow the parties and the third-parties sufficient time to develop and review this potential settlement, with the hope of conserving judicial resources and the resources of the parties to this case, counsel agreed to the following stipulation.

Whereas, defendants First Merit Group Holdings Inc., Nanogen Technologies Group, Inc., Barry Lee, Anthony Dutton, David Richardson, and Evan Johnson ("Defendants") filed a Motion for Summary Judgment ("Motion") on August 12, 2024 (Dkt. No. 138), in advance of the October 4, 2024 deadline for dispositive motions provided in this Court's Stipulated Motion to Amend Scheduling Order, and Order dated April 29, 2024 ("Scheduling Order") (Dkt. No. 130); and

Whereas, the opposition to the motion by Plaintiff HTP, Inc. ("HTP") is due on Tuesday, September 3, 2024, under the briefing deadlines established by the Court's Standing Order in a Civil Case and due to the Labor Day holiday; and

Whereas, HTP has requested additional time to respond to the Motion due to competing obligations of counsel and in light of advanced discussions to resolve the parties' dispute, and Defendants consent to this request, and

Whereas, the Parties have agreed to the following modifications of the Court's Order Setting Trial Date and Related Dates as follows:

1. The Deadline for HTP's response to the Motion is extended from September 3, 2024, until September 24, 2024.

2. The Deadline for Defendants' reply in support of the Motion is extended from September 17, 2024, until October 8, 2024.

3. The Deadline for Report from Expert Witness under FRCP 26(a)(2) is extended from August 25, 2024 to March 10, 2025.

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 2
508086696.1

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

4. The Deadline for Discovery Completed is extended from September 4, 2024 to March 17, 2024.

5. The Deadline for All Dispositive Motions must be Filed By is extended from October 4, 2024 to April 16, 2024.

6. The Deadline for All Motions In Limine must be Filed By is extended from January 27, 2025 to August 8, 2025.

7. The Deadline for Joint Pretrial Statement is extended from February 3, 2025 August 20, 2025.

8. The Deadline for Pretrial Conference is extended from February 17, 2025 to September 2, 2025.

9. The Trial Date is continued from March 3, 2025 to September 15, 2025.

Plaintiff and Defendants stipulate that good cause exists for the continuance of the above deadlines as a result of the parties' ongoing settlement discussions, the need for additional time to prepare for trial, and in the interest of justice.

## II.   ORDER

The parties' stipulated request is hereby GRANTED in part as follows:

1. The Deadline for HTP's response to the Motion is extended from September 3, 2024, until September 24, 2024.

2. The Deadline for Defendants' reply in support of the Motion is extended from September 17, 2024, until October 8, 2024.

3. The Deadline for Report from Expert Witness under FRCP 26(a)(2) is extended from August 25, 2024 to November 25, 2024.

4. The Deadline for Discovery Completed is extended from September 4, 2024 to

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 3

508086696.1



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

December 3, 2024.

5. The Deadline for All Dispositive Motions must be Filed By is extended from October 4, 2024 to January 2, 2025.

6. The Deadline for All Motions In Limine must be Filed By is extended from January 27, 2025 to April 28, 2025.

7. The Deadline for Joint Pretrial Statement is extended from February 3, 2025 to May 5, 2025.

8. The Deadline for Pretrial Conference is extended from February 17, 2025 to May 19, 2025.

9. The Trial Date is continued from March 3, 2025 to June 2, 2025.

DATED this 3rd day of September, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Respectfully submitted by,

K&L GATES LLP

s/ Peter A. Talevich
Philip M. Guess, WSBA # 26765
Peter A. Talevich, WSBA # 42644
Emaan Jaberi, WSBA # 56990
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 4

508086696.1

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Email : *philip.guess@klgates.com*
          *peter.talevich@klgates.com*
*Attorneys for Plaintiffs*

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC

*/s/ Sean V. Small*
*/s/ Julie M. Pendleton*
Sean V. Small, WSBA #37018
Julie M. Pendleton, WSBA #52882
601 Union St., Suite 2600
Seattle, WA 98101
Phone: (206) 624-1230
Fax: (206) 340-2563
Email: small@lasher.com
          pendleton@lasher.com
*Attorneys for Defendants*

STIPULATION TO EXTEND DEADLINES IN ORDER SETTING TRIAL DATE AND RELATED DATES, AND ORDER - 5

508086696.1

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563