# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HTP, INC.,

Plaintiff,

v.

FIRST MERIT GROUP HOLDINGS, INC., *et al.*,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. 21-732-BJR

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Defendants' motion for summary judgment is GRANTED and Defendant First Merit Group Inc.'s motion for summary judgment on its counterclaims is GRANTED.

Judgment is hereby entered in Defendants' favor and all claims are dismissed.

FMG is awarded the principal sum of $343,350.73 by way of its counterclaim. FMG's award will be administered as an allowed Class 2 Claim in the Bankruptcy case, *In re HTP, Inc.*, Case No. 21-11611. The FMG Claim will not bear prepetition or post-petition interest.

Dated February 6, 2025.

Ravi Subramanian
Clerk of Court

s/Martin Valencia
Deputy Clerk